| | AUSA: Tara Hindelang | Telephone: (313) 226-9543 |
|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Emily Zebracki | Telephone: (313) 226-0500 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America

   v.

John Richard ESS

Case No.    2:25-mj-30539
Judge: Unassigned,
Filed: 08-22-2025 At 05:26 PM

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____April 17, 2024 to April 22, 2025_____ in the county of _____Wayne_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251, 2252A and 2422(b) | Sexual exploitation of children, receipt and possession of child pornography and coercion and enticement of minors. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Emily Zebracki, Special Agent (HSI)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____August 22, 2025_____

_____
*Judge's signature*

City and state: __Detroit, Michigan__

Elizabeth A. Stafford XxxXxxxXXxxxx U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Emily Zebracki, being first duly sworn, state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations (HSI) in Detroit, Michigan. I have been employed as a Special Agent since May of 2022. My formal education includes a Bachelor of Science Degree in Criminal Justice from Wayne State University. Prior to becoming a Special Agent with HSI, I was employed as a Police Officer with the Rapid City Police Department in Rapid City, South Dakota for 4 years. I have successfully completed the Criminal Investigator Training Program and the Homeland Security Investigations Special Agent Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia.

2.      This affidavit is made in support of a criminal complaint and arrest warrant for John Richard ESS (DOB XX/XX/1982), for violations of 18 U.S.C. §§ 2251, 2252A, and 2422(b).

1

3.      This affidavit is based on my personal knowledge, experience, and training as well as on information obtained by me through investigative observations and conversations with other HSI agents and agents from other law enforcement agencies. This affidavit does not set forth every fact resulting from this investigation; rather, it contains a summary of facts for the limited purpose of establishing probable cause to obtain an arrest warrant for John Richard ESS.

## PROBABLE CAUSE

4.      On April 25, 2025, a detective with the Jackson County Sheriff's Office (JCSO) in Jackson, Michigan contacted Homeland Security Investigations (HSI) Detroit about an investigation into subject John Richard ESS.

*Florida Investigators Link ESS, a Jackson, Michigan resident, to CSAM*

5.      The investigation began a little over a month before, on March 7, 2025, the Okaloosa County Sheriff's Office (OCSO) in Florida contacted JCSO about Jackson resident ESS, who was believed to have sexually exploited a child living in Florida. The mother of a 16-year-old

2

child ("Florida Victim" or "FLV," with a DOB in 2009) reported that she found sexually explicit images of FLV on her child's phone. The images had been shared through a social media application with an individual using a unique username.

6.      OCSO obtained and executed a search warrant for that social media account and identified ESS as the owner of the account. Child sexually abusive material (CSAM), meeting the federal definition of child pornography, embedded within the chat between ESS and FLV included videos and images of the child inserting objects inside her genitalia. Also, on July 14, 2024, ESS received a screenshot image from the FLV, which showed a conversation wherein FLV stated: "im 15 is that oki lolol?"

*Jackson County Ties Ess to Exploitation in Kentucky*

7.      On April 9, 2025, the National Center for Missing and Exploited Children (NCMEC) informed JCSO of a new tip regarding ESS. In this new tip, the mother of a minor child, who was born in 2007, living in Kentucky reported a man named "John Ess," with ESS's

3

same username referenced above, asked for and received sexually explicit videos and photos of her child. HSI Detroit later confirmed the identity of this child, hereinafter referred to as Minor Victim 4 (MV-4).

*Execution of State Search Warrant*

8.    Around April 22, 2025, JCSO sought, obtained, and executed a state search warrant for information for multiple user accounts wherein CSAM was embedded in chats with ESS's account.

9.    Then, on April 23, 2025, JCSO sought, obtained, and executed another state search warrant at ESS's home in Jackson, Michigan. JCSO arrested ESS for state violations, including the possession of CSAM. ESS's electronic devices were seized, and forensic extractions were completed.

10.   A review of ESS's account revealed the exploitation of numerous victims, identified by the forensic review of user account information and chats, who had been exploited by ESS. HSI later conducted forensic interviews with identified victims and confirmed their interactions with ESS, as described below.

4

*Exploitation of MV-1*

11.     On May 15, 2025, an HSI Forensic Interview Specialist (FIS) spoke with Minor Victim 1 (MV-1) at a Children's Advocacy Center (CAC) in Indiana. During the interview, MV-1, who was born in 2009, identified ESS as an individual with whom they communicated for about two weeks when MV-1 was 15 years old. MV-1 also identified themselves in a photograph sent to ESS in their chats on the social media application. In December 2024, MV-1 made ESS aware of her age, 15, in the context of a comment MV-1 made to ESS. MV-1 stated they met ESS in-person in Indiana on two occasions, and they "kissed."

12.     MV-1 acknowledged that one photograph in the possession of HSI depicting a cut arm "was probably" of them, although MV-1 was not ready to view the photograph. MV-1 described that ESS asked them for photos of their cuts "a million times." MV-1 also said ESS asked them to cut themselves and would tell them what way to cut themselves. ESS provided MV-1 with a knife, which was later confiscated by MV-1's mother.

5

13. During an examination of ESS's account, investigators located images of MV-1 sent to ESS, and chats between the two. MV-1 shared a photo with ESS of themselves naked from the waist up to the neck. While this image does not meet the federal definition of CSAM, ESS solicited images of MV-1, instructed them to cut themselves, and visited MV-1 in person on two occasions.

### *Exploitation of MV-2*

14. On May 27, 2025, HSI conducted a forensic interview with Minor Victim 2 (MV-2), at a CAC in Pennsylvania. MV-2, born in 2008, positively identified themselves in images recovered from ESS's social media account records.

15. ESS engaged in hundreds of chats with MV-2. Investigators found CSAM, meeting the federal definition of child pornography, requested and received by ESS. The CSAM of MV-2 embedded in the chat with ESS depicts MV-2 fully nude, or nude from the waist down, with lascivious displays of MV-2's genitalia and anus, and MV-2 inserting objects into their genitalia.

6

a.  For example, around January 1, 2024, ESS asked MV-2 to create visual depictions of sexually explicit conduct. ESS told MV-2 that he wanted to "watch" MV-2 using an object and told MV-2 later to "show me your edging." It appears that MV-2 then sent ESS a video containing sexually explicit conduct. ESS then instructed MV-2: "Show me: taking the balls out, ramming your dildo in, edging more…"

16.    ESS met MV-2 on September 23, 2023, on social media when he reached out to "assist" them with an eating disorder. ESS knew MV-2 was 15 years old when they began communicating. ESS requested images of MV-2 and would ask them to touch themselves, cut themselves for him, bruise themselves/self-harm, write on their body, and use sex toys. MV-2 stated ESS purchased them gifts to include a foot-long knife, sex toys, tarot cards, and a necklace.

17.    Included in the images shared between ESS and MV-2 are images of MV-2 with a unique symbol drawn on various places of their body, to include their leg, arm, and torso. This symbol appears to be a

7

waxing, full, and crescent moon drawn together. Hereinafter, this symbol will be referred to as: "Pagan Goddess Symbol."

18.  ESS also instructed MV-2 to engage in self-stimulation live on video and touch themselves as instructed by ESS. MV-2 complied with ESS's requests.

19.  ESS had told MV-2 that he scheduled a trip to visit MV-2 in person on April 25, 2025. ESS was arrested by JCSO two days prior to that scheduled meeting.

*Exploitation of MV-3*

20.  On June 2, 2025, HSI conducted a forensic interview with Minor Victim 3 (MV-3) at a CAC in Pennsylvania. MV-3, born in 2007, positively identified themselves in CSAM meeting the federal definition of child pornography recovered from ESS's social media account records.

21.  ESS cultivated a "relationship" with MV-3, whereby ESS would "assist" MV-3 with MV-3's food intake and weight management. In the chat, ESS expressed on April 15, 2024, that he was "hungry for"

8

MV-3, and asked MV-3 to engage in self-stimulation. ESS said: "controlling you feels so good for me."

22. On April 17, 2024, ESS instructed MV-3, who ESS knew to be in a restroom at school, to "Get in [a] stall, expose your chest and my pussy, and show me in the mirror - stall door open." MV-3 complied with ESS's request, sending images and a video, which meets the federal definition of child pornography.

23. There are several other exploitive images and videos in the chats. The CSAM of MV-3 embedded in the chat with ESS includes images of MV-3 fully nude with genitalia lasciviously displayed.

24. On April 19, 2024, ESS instructed MV-3 to draw on her body with a marker. Ess stated, "You're going to draw the outline of the yellow parts of this: (SCRAMBLED LETTERS) And you're going to put it so it's almost touching the base of your clit. Draw it in black." When MV-3 questioned the meaning of what ESS requested that she write, Ess replied: "When we do one more thing to it, it will be my symbol."

9

MV-3 then sent the below image (Image 1) and said, "your symbol." Ess said, "GOOD JOB," "Yes," and "That looks so good babygirl."

Image 1 - "Pagan Goddess Symbol"



25.     Per ESS's instructions, MV-3 then sent ESS photos of her naked lower body with the "Pagan Goddess Symbol" on her pubic area with an "R" in the center as a response where MV-3's genitalia was lasciviously displayed. ESS replied, "Perfect. Literally perfect. Now show me you kneeling in the mirror again as my owned and marked property." MV-3 then shared additional photos of herself fully nude, as instructed.

10

26.     Also found in the chats between ESS and MV-3, was ESS coaching MV-3 how to cut themselves, receiving videos of MV-3 cutting themselves, and chats about ESS giving MV-3 "permission" to self-harm.

### Exploitation of MV-4

27.     On June 24, 2025, HSI conducted a forensic interview with MV-4 at a CAC in Kentucky. MV-4, born in 2007, positively identified themselves in images meeting the federal definition of child pornography recovered from ESS's social media account records. The image presented to and identified by MV-4 depicted them fully nude on a bed, with their genitalia exposed, while they masturbated with an object. MV-4 stated ESS received the video from them and they were 16 years old in the video.

28.     Investigators found over 1,000 images and videos embedded within the online chat between ESS and MV-4. Included in the images shared between ESS and MV-4 are nude images of MV-4 with the

11

"Pagan Goddess Symbol" with an "R" in the center drawn on her pelvic area.

29.    MV-4 said they met ESS on social media, and he asked for MV-4 for nude images. ESS wanted to create a relationship with MV-4 where he was in complete control of every aspect of their life and MV-4 feared him.

*Exploitation of MV-5*

30.    On June 24, 2025, HSI conducted a forensic interview with Minor Victim 5 (MV-5) at a CAC in Kentucky. MV-5, born in 2009, positively identified themselves in images meeting the federal definition of child pornography recovered from ESS's social media account records.

31.    ESS encouraged MV-5 to self-harm and send him photos. MV-5 cut themselves on the leg under their butt on one occasion as ESS instructed.

32.    ESS requested nude images of MV-5 and would instruct them on how he wanted them to pose. MV-5 sent images of themselves

12

in accordance with ESS's requests. Investigators located images of CSAM in MV-5's chat with ESS where MV-5's genitalia were lasciviously displayed. MV-5 positively identified themselves in one such image, and said they were 15 years old in the photo.

33.    The forensic analysis of ESS's social media account also revealed that ESS distributed CSAM to MV-5. MV-5 identified the CSAM as containing images of MV-4, and that ESS told MV-5 to put those images in a hidden folder on MV-5's phone.

### *Exploitation of MV-6*

34.    On July 29, 2025, HSI conducted a forensic interview with Minor Victim 6 (MV-6), at an HSI office in Texas. MV-6, born in 2009, positively identified themselves in images recovered from ESS's social media that meet the federal definition of child pornography.

35.    ESS requested in his online chats with MV-6 that they send images/videos of themselves naked and masturbating with various objects, including make-up brushes and a hairbrush, because he was "horny." ESS would tell MV-6 to find an object that was round and,

13

through images and the chat, would instruct MV-6 on what objects to use to masturbate. MV-6 sent these images to ESS at his request, even if they were uncomfortable with it, because he would act angry or distant if they did not send them.

36.    A review of the images and videos found in ESS's chats with MV-6 showed images and videos of the lascivious display of MV-6's genitalia, and masturbating. These images and videos meet the federal definition of child pornography.

### *Exploitation of MV-7*

37.    On August 4, 2025, HSI conducted a forensic interview with Minor Victim 7 (MV-7), at a CAC in Massachusetts. MV-7, born in 2010, positively identified themselves in images recovered from ESS's account, including images of child sexually abusive material that meet the federal definition of child pornography

38.    From the chats, on August 4, 2024, ESS demanded that MV-7, who was 14 years old at the time, engage in sexually explicit activity for the purpose of producing a visual depiction of that conduct. ESS

14

instructed MV-7 to make a particular hand gesture in front of her genitalia and said: "take the pic, bitch." MV-7 complied with ESS's request and sent ESS an image in which MV-7's genitalia was lasciviously displayed.

39. As the chat on August 4, 2024, continued, ESS asked MV-7: "Do you know how to spread the fuckhole open?" ESS proceeded to instruct MV-7 how to spread their genitalia open and distributed an image of MV-7 back to them with arrows drawn on their genitalia pointing outward from their vagina. MV-7 then shared an additional sexually explicit image as instructed.

## CONCLUSION

40. Based on the above, I respectfully submit that there is probable cause to believe that John Richard ESS violated 18 U.S.C. §§ 2251, 2252A, and 2422(b), relating to the sexual exploitation of children, the receipt and possession of child pornography, and the coercion and enticement of minors.

41.     I request that the Court authorize the issuance of a criminal complaint and arrest warrant for John Richard ESS.

Respectfully submitted,

_____
Emily Zebracki
Special Agent
Homeland Security Investigations

Sworn to before my in my presence
and/or by reliable electronic means.

_____
~~HON. DAVID R. GRAND~~  Elizabeth A. Stafford
UNITED STATES MAGISTRATE JUDGE

16